Albert Mueller, executor of the will of Henry Chapino, deceased, appellant, v. Dora Barcus, appellee.

Bill to construe will as to disposition of income from property. Decree granting rents, issues and profits to defendant for life. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

Jesse Peebles, for appellant. Thos. Rinaker and T. K. Rinaker, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

George A. Kizer and John T. Reynolds, copartners, trading as Kizer-Reynolds Motor Company, appellants, v. C. H. Harwood, appellee.

Bill to reform contract for sale of automobile. Dismissed for want of equity. Appeal from the Circuit Court of Coles county; the Hon. A. A. Partlow, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

Vause & Kiger, for appellants. Edward C. Craig, Donald B. Craig, James W. Craig, Craig Van Meter and Fred H. Kelly, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Illinois Corrugated Metal Company, appellant, v. Commissioner of Highways of Tremont Township, appellee.

Assumpsit for price of metal culverts sold. Judgment for defendant. Appeal from the Circuit Court of Tazewell county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed April 23, 1923.

L. P. Dunkelberg and William A. Potts, for appellant. J. M. Powers, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Carl H. Elshoff, appellee, v. Thomas F. Murray, appellant.

Preliminary order of injunction granted. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Appeal dismissed. Opinion filed April 23, 1923.

Soelke & Johnson and George W. Kenney, for appellant. John G. Friedmeyer and Winston, Strawn & Shaw, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Frank B. Vennum, appellee, v. Virgil W. Johnston, appellant.

Action of trover for possession of abstract books. Judgment for plaintiff. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1922. Reversed and cause remanded. Opinion filed May 2, 1923.

Dobbins & Dobbins, for appellant. Louis A. Busch and LeForgee, Black & Samuels, for appellee.

Mr. Justice Heard delivered the opinion of the court.